JERSEY CITY AND BERGEN RAILROAD COMPANY, PLAINT-IFF IN ERROR, v. JAMES E. MORGAN, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of Supreme Court, see *ante, p.* 60.

For the plaintiff in error, *Vredenburgh & Garretson.*

For the defendant in error, *Thomas J. Kennedy.*

PER CURIAM.

Judgment affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, MAGIE, REED, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH WHITAKER.   9.

*For reversal*—None.